NUMBER 13-07-095-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________ ___ _____________


GRANT WESLEY WYLIE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________ _______ ___________


On appeal from County Criminal Court at Law No. 6


of Harris County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, GRANT WESLEY WYLIE, attempted to perfect an appeal from a
judgment entered by the County Criminal Court at Law No. 6 of Harris County, Texas. 
Sentence in this cause was imposed on August 16, 2006. A timely motion for new
trial was filed on September 13, 2006. The notice of appeal was due to be filed on
November 14, 2006, but was not filed until November 21, 2006. Said notice of
appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's failure to
timely perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 17th day of May, 2007.